# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## AKRON DIVISION

In re: §
§
HAAS, STEPHEN & SHARON §    Case No. 08-53801
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,500.88 |
| and approved disbursements of | $ | 3,033.16 |
| leaving a balance on hand of[1] | $ | 5,467.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Geauga Savings Bank | $ | $ | $ | $ |
| 16 | Western Reserve Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD A. WILSON | $ | $ | $ |
| Trustee Expenses: RICHARD A. WILSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 349,013.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ADVANTA BANK CORP | $ 16,802.41 | $ 0.00 | $ 185.19 |
| 2 | DISCOVER BANK | $ 9,453.01 | $ 0.00 | $ 104.19 |
| 4 | KEYBANK | $ 42,102.57 | $ 0.00 | $ 464.04 |
| 5 | CHASE BANK USA, NA | $ 43,832.00 | $ 0.00 | $ 483.10 |
| 6 | PYOD LLC its successors and assigns | $ 12,918.10 | $ 0.00 | $ 142.38 |
| 7 | Akron General Medical Center | $ 50.00 | $ 0.00 | $ 0.55 |
| 8 | FirstMerit Bank, N.A. | $ 122,383.66 | $ 0.00 | $ 1,348.87 |
| 9 | AMERICAN EXPRESS CENTURION BANK | $ 1,210.71 | $ 0.00 | $ 13.34 |
| 10 | Summa Health | $ 2,135.51 | $ 0.00 | $ 23.54 |
| 11 | AMERICAN EXPRESS CENTURION BANK | $ 8,181.65 | $ 0.00 | $ 90.18 |

*see next page*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 45,552.50 | $ 0.00 | $ 502.06 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 19,123.97 | $ 0.00 | $ 210.78 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 25,037.14 | $ 0.00 | $ 275.95 |
| 15 | Verizon Wireless Midwest | $ 230.10 | $ 0.00 | $ 2.54 |

Total to be paid to timely general unsecured creditors $ 3,846.71

Remaining Balance $ 0.00

*$3.09 See previous page*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ RICHARD A. WILSON
Trustee

*ck # 1017*
*receipt #*

RICHARD A. WILSON
TRUSTEE IN BANKRUPTCY
1221 S. WATER ST. PO BOX 3307
KENT, OH 44240-3307